FILING FEE PAID

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| MICHAEL P. FRIEDMAN, ) | CASE NO. 02-13038-JNF |
| Debtor ) | |
| ) | |
| LORRAINE BAKER, ) | |
| Plaintiff ) | ADVERSARY PROCEEDING |
| ) | CASE NO. 02-1323 |
| v. ) | |
| ) | |
| MICHAEL P. FRIEDMAN ) | |

NOTICE OF APPEAL

Michael Friedman (hereinafter the "Defendant") appeals under 28 U.S.C. § 158(a) or (b) from the order of the Honorable Joan N. Feeney, Chief United States Bankruptcy Judge, entered in above Adversary Proceeding No. 02-1323 on the eleventh day of September, 2003.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Michael P. Friedman
c/o Timothy M. Mauser
Mauser & Mauser
180 Canal Street, Suite 400
Boston, MA 02114
617-720-5585

Lorraine Baker
c/o William G. Billingham, Esquire
Billingham & Marzelli
1025 Plain Street
Marshfield, MA 02050
781-837-5252

Respectfully submitted,

*/s/ Timothy M. Mauser*
Timothy M. Mauser
Mauser & Mauser
180 Canal Street, Suite 400
Boston, MA 02114
617-720-5585
BBO #542050

Date: September 19, 2003
1772.08.wpd

DOCKETED

# United States Bankruptcy Court
## District of Massachusetts

In re
**MICHAEL P. FRIEDMAN,**
    Debtor

Chapter 7
Case No. 02-13038-JNF

**LORRAINE BAKER,**
    Plaintiff

v.

Adv. P. No. 02-1323

**MICHAEL P. FRIEDMAN,**
    Defendant

## ORDER

In accordance with the foregoing, and pursuant to Fed. R. Bankr. P. 15(b), made applicable to this proceeding by Fed. R. Bankr. P. 7015, the Court hereby enters judgment in favor of the Plaintiff and against the Defendant/Debtor in the sum of $1.1 million.

By the Court,

*Joan N. Feeney*
Joan N. Feeney
United States Bankruptcy Judge

Dated: September 11, 2003
cc: Timothy M. Mauser, Esq., William G. Billingham, Esq.

1

DOCKETED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | CHAPTER 7 |
| MICHAEL P. FRIEDMAN, ) | CASE NO. 02-13038-JNF |
| Debtor ) |  |
| ) |  |
| LORRAINE BAKER, ) |  |
| Plaintiff ) | ADVERSARY PROCEEDING |
| ) | CASE NO. 02-1323 |
| v. ) |  |
| ) |  |
| MICHAEL P. FRIEDMAN ) |  |

CERTIFICATE OF SERVICE

    I, Timothy M. Mauser, Esq., hereby certify that I have this day served a copy of the enclosed Notice of Appeal, via first class mail, postage prepaid to the parties in interest listed below.

William G. Billingham, Esq.
Billingham & Marzelli
1025 Plain Street
Marshfield, MA 02050

Michael P. Friedman
223 St. Paul Street
Brookline, MA 02446

                                      Timothy M. Mauser
                                      Mauser & Mauser
                                      180 Canal Street, Suite 400
                                      Boston, MA 02114
                                      617-720-5585
                                      BBO #542050

Date: September 19, 2003
1772.08.wpd