UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BANKRUPTCY APPEAL

IN RE:     Michael P. Friedman

CIVIL ACTION NO. 03-12640-MLW

O R D E R

   WOLF,   D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on   Jan 6, 2004   ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before   January 26, 2004   and the Appellee's brief shall be filed on or before   February 9, 2004  . The Appellant may file and serve a reply brief on or before   February 18, 2004  .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

/s/ Catherine M Sawicki
Deputy Clerk

  January 9, 2004  
     Date

(BKAppeal Bro.wpd - 12/98)                                                   [bro.]