**Curhan Law Office**
101 Arch Street
Suite 305
Boston, Massachusetts 02110

Telephone: (617) 261-3800

Fax: (617) 261-3805

March 29, 2004

Tony Anastas, Clerk
United States District Court
For the District of Massachusetts
U.S. Court House
One Courthouse Way
Boston, MA 02210

Re:   In Re: Michael P. Friedman, Debtor,
      Bankruptcy Appeal Civil Action No. 03-12640-MLW
      **Status Report**

Dear Mr. Anastas:

Judge Wolf previously stayed the proceedings in the above appeal pending resolution of the petitioner's Rule 60 motion and asked me to file a status report on or before March 31, 2003.

Please be advised that a hearing was held on the motion on March 23, 2004 in the Bankruptcy Court. The parties had had some discussions with regard to settling the matter, and the Bankruptcy Judge urged the parties to attempt to resolve the case. The parties had a further conference after the hearing and have a meeting scheduled for March 31, 2004. It appears likely that the parties will be able to resolve the matter. In the event that the case does not settle, the Bankruptcy Judge has scheduled a further hearing on May 4, 2004.

Would you kindly advise Judge Wolf of the same. Thank you for your assistance.

Very truly yours,

Dana Alan Curhan

I certify that I have served one (1) copy of the attached status report by sending it first class mail, postage prepaid, to:

William G. Billingham, Esq.
Billingham and Marzelli
506 Plain Street
Suite 202
Marshfield, MA 02050