FILED
& CLERKS OFFICE

2004 JUN -1  P 3:57

U.S. DISTRICT COURT
DISTRICT OF MASS

**Curhan Law Office**
101 Arch Street
Suite 305
Boston, Massachusetts 02110

Telephone: (617) 261-3800                                                          Fax: (617) 261-3805

May 28, 2004

Tony Anastas, Clerk
United States District Court
For the District of Massachusetts
U.S. Court House
One Courthouse Way
Boston, MA 02210

Re:    *In Re: Michael P. Friedman, Debtor,*
       Bankruptcy Appeal Civil Action No. 03-12640-MLW
       **Status Report**

Dear Mr. Anastas:

    Judge Wolf previously stayed the proceedings in the above appeal pending resolution of the petitioner's Rule 60 motion and asked me to file a status report on or before May 30, 2004.

    On May 4, 2004, the parties appeared in the Bankruptcy Court and reported that it appeared that the matter would be settled and that they would be filing a joint motion to dismiss. The Bankruptcy Judge ordered that the parties file that motion within thirty days. At present, the parties are attempting to iron out a few details involving the provisions of an insurance policy. I hope and expect that these issues will be resolved within the next few days. However, I am not ready to dismiss the appeal as of today and request this court's indulgence for another week or two.

    Would you kindly advise Judge Wolf of the same. Thank you for your assistance.

                                        Very truly yours,

                                        Dana Alan Curhan

I certify that I have served one (1) copy of the attached status report by sending it first class mail, postage prepaid, to:

William G. Billingham, Esq.
Billingham and Marzelli
506 Plain Street
Suite 202
Marshfield, MA 02050