United States Bankruptcy Court
District of Massachusetts
Eastern Division

FILED
CLERKS OFFICE

2004 JUL -8 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

In Re:

**MICHAEL P. FRIEDMAN,**
    *Debtor*

Bankruptcy Appeal
Civil Action No. 03-12640-MLW

### Motion To Remand Case For Purpose Of Addressing Stipulation Of Dismissal

Now comes Michael P. Friedman, the debtor/appellant, and moves that the appeal in this court remand the matter to the Bankruptcy Court to permit that court to exercise jurisdiction and address stipulation of dismissal. In support thereof, the defendant relies on the attached affidavit of counsel.

    Respectfully submitted,

    Michael P. Friedman,
    *By his attorney,*

    Dana Alan Curhan
    B.B.O. # 544250
    101 Arch Street
    Suite 305
    Boston, Massachusetts 02110
    (617) 261-3800

Date: July 7, 2004