**Curhan Law Office**
101 Arch Street
Suite 305
Boston, Massachusetts 02110

Telephone: (617) 261-3800     Fax: (617) 261-3805

September 29, 2004

Tony Anastas, Clerk
United States District Court
For the District of Massachusetts
U.S. Court House
One Courthouse Way
Boston, MA 02210

Re:  In Re: Michael P. Friedman, Debtor,
     Bankruptcy Appeal Civil Action No. 03-12640-MLW
     **Status Report and Request to Withdraw Appeal**

Dear Mr. Anastas:

Judge Wolf previously stayed the proceedings in the above appeal and remanded the matter to the Bankruptcy Court for resolution of the Debtor/Appellant Michael P. Friedman' Rule 60 motion.

Please be advised that the matter has been settled. This morning, Judge Feeney allowed the parties' Stipulation and Joint Motion to Vacate Judgment and Dismiss All Claims. Because the matter has been resolved to the satisfaction of the parties and the Bankruptcy Judge, the Mr. Friedman requests that his appeal be withdrawn.

Would you kindly advise Judge Wolf of the same. Also, please let me know if any additional paperwork should be filed in order to accomplish the dismissal of the appeal. Thank you for your assistance.

Very truly yours,

Dana Alan Curhan

I certify that I have served one (1) copy of the attached status report by sending it first class mail, postage prepaid, to:

William G. Billingham, Esq.
Billingham and Marzelli
506 Plain Street
Suite 202
Marshfield, MA 02050